476 A.2d 86

Commonwealth v. Harris, Appellant.

 Submitted April 12, 1984. Ronald J. Saffron, for appellant; Gregory A. Olson, District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.